JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ASHKAN AZGHADI,

      Plaintiffs,

v.

MARCO RUBIO et al.,

      Defendants.

Case No. 2:25-cv-11828-SB-MAA

FINAL JUDGMENT

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Petitioner Ashkan Azghadi's claims are dismissed without prejudice.

This is a final judgment.

Date: April 3, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1